**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No. 00-cv-659-ABJ-PAC

DYNAMIC CONSULTING, INC. a foreign corporation licensed to do business in Colorado, and TINA SHAH,

        Plaintiffs,

        vs.

MARK VAN GULIK, CUNA MUTUAL GROUP, CUNA MUTUAL INSURANCE SOCIETY, CUNA MUTUAL INSURANCE AGENCY, INC., and MIOSOFT CORPORATION, a Florida Corporation,

        Defendants.

**ORDER MODIFYING REFERENCES**

IT IS HEREBY ORDERED that the references for ruling by the Magistrate Judge on Docket Numbers 234, 413, 433, and 451 in the above-captioned case should be, and the same are, modified and vacated to facilitate ruling by the District Judge.

Dated this 23rd day of March, 2006.

                                                s/Alan B Johnson  
                                     UNITED STATES DISTRICT JUDGE  
                                           SITTING BY DESIGNATION