**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 00-cv-00659-REB-KLM

DYNAMIC CONSULTING, INC., a foreign corporation licensed to do business in Colorado, and
TINA SHAH,

      Plaintiffs,

v.

MARK VAN GULIK,
CUNA MUTUAL GROUP,
CUNA MUTUAL INSURANCE SOCIETY,
CUNA MUTUAL INSURANCE AGENCY, INC., and
MIOSOFT CORPORATION, a Florida corporation,

      Defendants.

## ORDER

**Blackburn, J.**

      This matter is before me *sua sponte*. This case has been reassigned to me pursuant to D.C.COLO.LCivR 40.1A. (*See* **Order Reassigning Case** [#506], filed August 8, 2007.) Because of the bankruptcy filing of the corporate plaintiff, this case was stayed on October 5, 2004. (*See* [#493]). At that time there were no less than 35 motions pending for resolution in this matter. Some of these motions are now nearly six years old. All were filed well before the advent of this court's Electronic Case Filing system. Moreover, it appears that a substantial number of the pending motions may now be moot or moribund due to the passage of time, the bankruptcy of the corporate plaintiff, changes in the law, reassignment to this court, or other circumstances.

Given these circumstances, I will deny all pending motions without prejudice. I also will exercise my discretion under to D.C.COLO.LCivR 41.2 to close this case administratively, subject to reopening for good cause shown.

**THEREFORE, IT IS ORDERED** as follows:

1. That all pending motions, including but not limited to the motions identified by the following docket numbers: #210, #234, #239, #256, #268, #270, #296, #317, #325, #335, #336, #338, #341, #343, #399, #413, #433, #434, #435, #436, #437, #441, #446, #451, #454, #455, #457, #458, #463, #466, #468, #470, #482, and #487, **ARE DENIED WITHOUT PREJUDICE**; and

2. That pursuant to D.C.COLO.LCivR. 41.2, the clerk of the court **IS DIRECTED** to close this action administratively, subject to reopening for good cause.

Dated August 9, 2007, at Denver, Colorado.

                                          **BY THE COURT**

                                          **s/ Robert E. Blackburn**
                                          **Robert E. Blackburn**
                                          **United States District Judge**